UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Madeline Cox Arleo |
| v. | : | Mag. No. 13-8013 (MCA) |
| MOHAMMAD KHAN | : | <u>ORDER FOR CONTINUANCE</u> |

This matter having been opened to the Court by Paul J. Fishman, United States Attorney for the District of New Jersey (Daniel V. Shapiro, Assistant United States Attorney, appearing), and the Defendant Mohammad Khan (Gregory Tomczak, appearing) for an order granting a continuance of the proceedings in the above-captioned matter; and the Defendant being aware that she has the right under 18 U.S.C. § 3161(b) to have the matter presented to a Grand Jury within thirty (30) days of her arrest; and the Defendant through her attorney having consented to the continuance; and nine prior continuances having been granted by the Court; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations currently are in progress, and both the United States and the Defendant seek additional time to achieve successful resolution of these negotiations, which would render trial of this matter unnecessary, and to allow consideration by the court of a proposed plea agreement to be entered into by the defendant and the United States.

2. Defendant has consented to the aforementioned continuance.

3. The grant of a continuance will likely conserve judicial resources.

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial.

WHEREFORE, it is on this ___ day of February, 2013,

ORDERED that the proceedings in the above-captioned matter are continued from February 5, 2013 through April 30, 2013; and

IT IS FURTHER ORDERED that the period from February 5, 2013 through April 30, 2013 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE MADELINE COX ARLEO
United States Magistrate Judge

Consented and Agreed to by:

_____

Counsel for Mohammad Khan

_____
Daniel V. Shapiro
Assistant United States Attorney